IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
JACKSON DIVISION

| | |
|---|---|
| FAITH DELIVERANCE CENTER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  No. 1:14-cv-01183 |
| | )  JURY DEMANDED |
| SOUTHERN MUTUAL CHURCH | ) |
| INSURANCE COMPANY and TENCO | ) |
| SERVICES, INC., | ) |
| | ) |
| Defendants. | ) |
| | ) |

## STIPULATION

The parties, by and through undersigned counsel, provide notice to the Court that the issue of attorneys' fees referenced in the Court's Order of November 17, 2014 (Doc. 19) has been resolved between the parties, and it is no longer necessary for the Court to consider plaintiff's request for an award of attorneys' fees.

Respectfully submitted,

s/ J. Brandon McWherter
**J. BRANDON MCWHERTER**
Registration No. 021600
**CLINTON H. SCOTT**
Registration No. 23008
Attorneys for Plaintiff, Faith Deliverance Center

**GILBERT RUSSELL MCWHERTER SCOTT BOBBITT, PLC**
341 Cool Springs Boulevard, Suite 230
Franklin, TN   37067

s/ E. Jason Ferrell
**PARKS T. CHASTAIN**
Registration No. 13744
**E. JASON FERRELL**
Registration No. 24425
Attorneys for Defendants, Southern Mutual Church Insurance Company and Tenco Services, Inc.

**BREWER, KRAUSE, BROOKS, CHASTAIN & BURROW, PLLC**
P. O. Box 23890
Nashville, TN   37202-3890
(615) 256-8787, Ext. 114 (PTC)
(615) 256-8787, Ext. 116 (EJF)
DIRECT:  (615) 630-7717 (PTC)
DIRECT:  (615) 630-7716 (EJF)
pchastain@bkblaw.com
jferrell@bkblaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of December, 2014, a true and correct copy of the foregoing STIPULATION was filed electronically.  Notice of this filing will be sent by operation of the court's electronic filing system to all parties indicated on the electronic filing receipt.  All other parties will be served by regular U. S. Mail.  Parties may access this file through the court's electronic filing system.

J. Brandon McWherter, Esquire
Clinton H. Scott, Esquire
Gilbert Russell McWherter Scott Bobbitt, PLC
341 Cool Springs Boulevard, Suite 230
Franklin, TN   37067

   s/E. Jason Ferrell
**E. JASON FERRELL**

EJF:dmt